UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
CORETTA RODDEY, :
:
                    Plaintiff, :
: 22-CV-7183 (VSB)
       -against- :
: **ORDER**
RAJESH MENON, :
:
                   Defendant. :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        On September 9, 2024, I granted Defendant's motion to compel arbitration and stayed the case pending the completion of arbitration. (Doc. 46.) In that order, I directed the parties to submit a joint letter advising me as to the status of the arbitration proceedings. (*Id.* at 10.) The parties have filed separate letters, but both request additional time to complete arbitration. (Doc. 49 at 2 ("Accordingly, the parties require additional time to complete this arbitration."); Doc. 50 ("As the arbitration has not concluded, the Defendant asks that this matter remain stayed pending the conclusion of arbitration."). Because the arbitration proceedings have not completed, this matter remains stayed. (Doc. 46.) Accordingly, it is hereby:

        ORDERED that the parties submit a joint status letter on or before April 9, 2025 advising me as to the status of arbitration proceedings.

SO ORDERED.

Dated:    January 8, 2025
             New York, New York

                                                                             VERNON S. BRODERICK
                                                                               United States District Judge