UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                          :
CORETTA RODDEY,                           :
                                          :
                     Plaintiff,    :
                                          :            22-CV-7183 (VSB)
             -against-             :
                                          :                **ORDER**
RAJESH MENON,                           :
                                          :
                     Defendant.  :
                                          :
---------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       On March 13, 2025, Plaintiff filed a letter requesting that all scheduled court dates be adjourned sine die because the parties have reached a settlement in principle and intend to file a stipulation of dismissal with prejudice. (Doc. 52.) The next day, I granted the request to adjourn sine die all court deadlines because the parties have reached a settlement in principle. To date, however, the parties have not filed a stipulation of dismissal. Accordingly, it is hereby:

       ORDERED that, by May 30, 2025, the parties file either (1) the stipulation of dismissal or (2) a report of the status of arbitration, settlement discussions, and an explanation of why court deadlines should not be re-scheduled.

SO ORDERED.

Dated:    May 13, 2025
            New York, New York

*[signature]*
VERNON S. BRODERICK
United States District Judge